# COVER LETTER

CLERK
U.S. FOURTH CIRCUIT COURT OF APPEALS
1100 E. MAIN STREET
RICHMOND, VA 23219
(804)916-2700

Please see attached INFORMAL OPENING BRIEF;

I have enclosed ONE ORIGINAL as directed with Appendix. The appropriate number of Respondent copies are served. A Self-Address, Stamped Envelope has been provided for a clerk-stamped return copy of each original filing in the combined return envelope.

Very Truly,

Carol L. Gray Pizzuto
3735 Highland Avenue
Shadyside, OH 43947
(740)338-1439

RECEIVED 2014 JUN 30 AM 9:42 U.S. COURT OF APPEALS FOURTH CIRCUIT